# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD MARKS, | Case No. 2:19-cv-01364-RFB-NJK |
| Plaintiff | ORDER |
| v. | |
| JERRY HOWELL, et al., | |
| Defendants | |

## I. DISCUSSION

On August 12, 2019, this Court ordered Plaintiff to file a fully complete application to proceed *in forma pauperis* or pay the full $400 filing fee for a civil action within thirty (30) days from the date of that order. Docket No. 3 at 2. On September 6, 2019, Plaintiff filed a motion for an extension of time to file a fully complete application to proceed *in forma pauperis* because he had not received his financial certificate and inmate account statement from the NDOC yet. Docket No. 4. The Court now grants Plaintiff's motion for an extension of time. Plaintiff shall file a fully complete application to proceed *in forma pauperis* or pay the full $400 filing fee on or before **Friday, October 25, 2019**.

## II. CONCLUSION

For the foregoing reasons, IT IS ORDERED that the motion for extension of time, Docket No. 4, is **GRANTED**.

IT IS FURTHER ORDERED that, on or before **Friday, October 25, 2019**, Plaintiff shall either: (1) file a fully complete application to proceed *in forma pauperis*, on the correct form with complete financial attachments in compliance with 28 U.S.C. § 1915(a); or (2) pay the full $400 fee for filing a civil action (which includes the $350 filing fee and the $50 administrative fee).

///

///

///

IT IS FURTHER ORDERED that, if Plaintiff does not timely comply with this order, dismissal of this action may result.

DATED this 11th day of September, 2019.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE