UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD MARKS,<br><br>                    Plaintiff<br><br>v.<br><br>JERRY HOWELL, et al.,<br><br>                    Defendants | Case No. 2:19-cv-01364-RFB-NJK<br><br>ORDER |

**I. DISCUSSION**

On September 11, 2019, this Court granted Plaintiff an extension of time to file a fully complete application to proceed *in forma pauperis* or pay the full $400 filing fee for a civil action until Friday, October 25, 2019. Docket No. 5 at 1. On October 7, 2019, Plaintiff filed a second motion for an extension of time to file a fully complete application to proceed *in forma pauperis* because he has not yet received his financial certificate and inmate account statement from the Nevada Department of Corrections ("NDOC"). Docket No. 6. The Court now grants Plaintiff's second motion for an extension of time. Plaintiff shall file a fully complete application to proceed *in forma pauperis* or pay the full $400 filing fee on or before **Friday, November 22, 2019**.

**II. CONCLUSION**

For the foregoing reasons, IT IS ORDERED that the motion for extension of time, Docket No. 6, is **GRANTED**.

IT IS FURTHER ORDERED that, on or before **Friday, November 22, 2019**, Plaintiff shall either: (1) file a fully complete application to proceed *in forma pauperis*, on the correct form with complete financial attachments in compliance with 28 U.S.C. § 1915(a); or (2) pay the full $400 fee for filing a civil action (which includes the $350 filing fee and the $50 administrative fee).

///

///

IT IS FURTHER ORDERED that, if Plaintiff does not timely comply with this order, dismissal of this action may result.

DATED: October 8, 2019.

NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE