UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

RICHARD MARKS,

Plaintiff

v.

JERRY HOWELL, *et al.,*

Defendants

Case No. 2:19-cv-01364-RFB-NJK

ORDER

## I. DISCUSSION

On August 7, 2019, Plaintiff, who is a prisoner in the custody of the Nevada Department of Corrections, submitted a civil rights complaint pursuant to 42 U.S.C. § 1983 and an incomplete application to proceed *in forma pauperis*. Docket Nos. 1, 1-1. On August 12, 2019, this Court ordered Plaintiff to file a fully complete application to proceed *in forma pauperis* or pay the full $400 filing fee for a civil action no later than September 11, 2019. Docket No. 3. On September 6, 2019, Plaintiff filed a motion for an extension of time to file a fully complete application to proceed *in forma pauperis* because he had still not received his financial certificate from the NDOC. Docket No. 4. This Court granted Plaintiff until October 25, 2019, to file a fully complete application to proceed *in forma pauperis.* Docket No. 5. On October 7, 2019, Plaintiff filed a second motion for extension of time to file a fully complete application to proceed *in forma pauperis* because he was still waiting to receive his financial certificate from the NDOC. Docket No. 6. On October 8, 2019, this Court granted Plaintiff until November 22, 2019, to file a fully complete application to proceed *in forma pauperis.* On November 25, 2019, Plaintiff filed a third motion for an extension of time to file a fully complete application to proceed *in forma pauperis*. Docket No. 8.

The Court now grants Plaintiff's third motion for an extension of time. Plaintiff shall file a fully complete application to proceed *in forma pauperis* which includes both an inmate account statement for the past six months and a properly executed financial certificate <u>or</u> pay the full $400

filing fee on or before **Monday, January 6, 2020**.

If, however, Plaintiff continues to have difficulty obtaining a financial certificate and an inmate account statement from prison officials, Plaintiff shall file an affidavit in this case detailing when he requested the documents, who he spoke to about the status of the documents, who he followed up with after he did not receive the documents, and their responses. In other words, if Plaintiff is unable to acquire the necessary documents from prison officials, he must provide the Court with an affidavit that demonstrates that he has done all that he could to acquire the documents by the Court's deadline. Plaintiff's affidavit must include dates of his requests, dates of his follow-up requests, names of the prison officials that he spoke to about the matter, and their responses. If Plaintiff's affidavit demonstrates that he has done all that was possible to acquire the documents, the Court will consider his application to proceed *in forma pauperis* complete.[1]

## II. CONCLUSION

For the foregoing reasons, IT IS ORDERED that Plaintiff's third motion for an extension of time to file a fully complete application to proceed *in forma pauperis* (ECF No. 8) is granted.

IT IS FURTHER ORDERED that the Clerk of the Court SHALL SEND Plaintiff the approved form application to proceed *in forma pauperis* by a prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that on or before **Monday, January 6, 2020,** Plaintiff shall either: (1) file a fully complete application to proceed *in forma pauperis*, on the correct form with complete financial attachments in compliance with 28 U.S.C. § 1915(a); or (2) file the first three pages of the application to proceed *in forma pauperis* and submit an affidavit detailing the efforts he took to acquire a financial certificate and an inmate account statement from prison officials. If Plaintiff chooses to file an affidavit, his affidavit must describe the actions he took to acquire the documents through Monday, December 30, 2019. Plaintiff shall not file an affidavit before that

---

[1] Plaintiff must still submit the first three pages of the application to proceed *in forma pauperis* on this Court's approved form with his affidavit. If Plaintiff does not submit the first three pages of the application to proceed *in forma pauperis* with the affidavit, the Court will dismiss the case without prejudice for Plaintiff to open a new case when he is able to acquire the required documents.

- 2 -

date. Additionally, Plaintiff must submit the first three pages of the application to proceed *in forma pauperis* to this Court even if he is unable to acquire the necessary attachments from prison officials.

IT IS FURTHER ORDERED that, if Plaintiff does not timely comply with this order, the Court will dismiss this case without prejudice.

DATED: December 5, 2019.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE